OPINION — AG — ** TEACHERS ORGANIZATION — NEGOTIATE SALARIES ** A LOCAL SCHOOL BOARD IS 'NOT' REQUIRED BY LAW TO NEGOTIATE SALARIES FOR EXTRA CURRICULAR ACTIVITIES. (SPECIAL ACTIVITIES, OUTSIDE SCHOOL, TEACHER CONTRACTS, SCHOOL DISTRICTS) CITE: 70 O.S. 509.1 [70-509.1], 70 O.S. 6-104 [70-6-104], 70 O.S. 18-114 [70-18-114] (KAY HARLEY JACOBS) ** OPINION WITHDRAWN BY OPINION NO. 87-021 (1987) **